BALTIMORE & OHIO RAILROAD COMPANY, Respondent, v. WILLIAM WAWRZYCKI et al., Appellants. WILLIAM WAWRZYCKI, Appellant, v. BALTIMORE & OHIO RAILROAD COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur. (Appeals from a judgment for plaintiff Baltimore & Ohio R. R. Co. against defendants Wawrzycki and Howard Sober, Inc., in a railroad and automobile negligence action. The order denied a motion for a new trial.) Present — Vaughan, Kimball, Piper and Wheeler, JJ.

HAROLD R. LEONARD, Appellant, v. BEACH LUMBER COMPANY et al., Respondents.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. See memorandum filed in companion case of *Leonard* v. *Beach Lbr. Co.* (*post*, p. 848), decided herewith. All concur. (Appeal from a judgment for defendants for no cause of action in an automobile negligence action. The order denied a motion for a new trial.) Present — Vaughan, Kimball, Piper and Wheeler, JJ.

BETTY-JANE H. BAUMAN, as Executrix of BERNARD E. BAUMAN, Respondent-Appellant, v. TOWN OF IRONDEQUOIT, Appellant, and LAURELTON FIRE DISTRICT OF THE TOWN OF IRONDEQUOIT, Respondent.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See 282 App. Div. 916.]

EMMA C. NIH, Respondent, v. FREDERICK DE W. BOLMAN, JR., Appellant.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See 282 App. Div. 1008.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER TAFELSKI, Appellant.— Motion to appeal on typewritten papers denied on the ground that the papers fail to show merit to the appeal.